■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MOJICA, Appellant. [718 NYS2d 601] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered June 19, 1997, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record, including the defendant's supplemental *pro se* brief, and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. S. Miller, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.